845 A.2d 757

**Patricia FLYNN, Respondent**

v.

**Irwin JACOBSON, Gilbert B. Tabby, Tabby Jacobson Associates and Hunting Park Medical Center, Inc., Petitioners.**

Supreme Court of Pennsylvania.

March 10, 2004.

### ORDER

PER CURIAM:

**AND NOW,** this 10th day of March, 2004, the Petition for Allowance of Appeal is hereby **GRANTED** and the order of the Superior Court is **REVERSED.** The record reveals the post trial motion specifically referenced all four defendants, and was filed on behalf of all defendants by the same counsel. Jurisdiction relinquished.